Time to answer extended to March 19, 2025. Conference adjourned from February 21 to April 11, 2025 at 12:00 p.m. Call-In: 1-855-244-8681; Access Code: 2305 810 3970#.

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge
2/19/2025

**PETER M. LEVINE**
ATTORNEY AT LAW
444 MADISON AVENUE
SUITE 410
NEW YORK, NEW YORK 10022

TELEPHONE: 212-599-0009
FACSIMILE: 212-838-8663
chief@pmlevinelaw.com

February 18, 2025

Hon. P. Kevin Castel
District Court Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

**Re: Senior Midwest Direct v. Publishers Clearing House**
     24-cv-09925 (PKC)

Dear Judge Castel:

      I represent the defendant, Publishers Clearing House, Inc. I filed my Notice of Appearance February 14, 2025. The Initial Pre-Trial Conference is currently scheduled for February 21, 2025.

      I write to request an adjournment of the Initial Pre-Trial Conference and an extension of the deadline, currently February 25, for defendant to file an answer or otherwise respond to the Complaint.

      I am seeking the adjournment and the extension because I was only very recently retained and, due to the exigencies of my schedule, will need additional time to become familiar with the case.

      No adjournment or extension was previously sought.

      I have spoken today with plaintiff's counsel, Lorrette Fisher of Meltzer, Purtill & Steele LLC, and she consents to the request.

      In accordance with Chambers Rule 1(C), I request that defendant's time to answer or otherwise respond to the Complaint be extended to March 19, 2025 and the Initial Pre-Trial Conference be adjourned to April 2, 2025, a date at least 14 days after the answer would be due.

Very truly yours,

*/s/ Peter M. Levine*

cc (ECF):
Lorrette Fisher, Esq.

PML/